# Watts *v.* The State.

*Murder.*

(Decided Dec. 21, 1905, 40 So. Rep. 90.)

APPEAL from Marshall Circuit Court.
Heard before Hon. W. W. HARALSON.

THOMPSON & THOMPSON, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by HARALSON, J.

TYSON, DOWDELL, ANDERSON and DENSON, JJ., concur.

---

# Howison, *et al. v.* Baird.

*Bill to Declare Trust.*

(Decided Jan. 30, 1906, 40 So. Rep. 94.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. JOHN C. CARMICHAEL.

TILLMAN, GRUB, BRADLEY & MORROW, for appellants.

J. M. McMASTER, WEBB & AMASON and ARTHUR L. BROWN, for appellee.

Affirmed.

Opinion by HARALSON, J...

TYSON, DOWDELL & DENSON, JJ., concur.

---

# Gresham *v.* Ragsdale.

*Assumpsit.*

(Decided Jan. 30, 1906, 40 So. Rep. 99.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

J. A. ESTES, for appellant.

PINKNEY SCOTT, for appellee.

Affirmed.

Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.